**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| JOE ANNE VANBLUNT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-176 (LAG) |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8) and Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 12). Plaintiff initiated this action by filing a Complaint in the Superior Court of Grady County, Georgia. (Doc. 1-2 at 3). Shortly thereafter, Plaintiff filed an Amended Complaint in that court. (Doc. 1-2 at 41–48). Defendant then removed this case to this Court. (Doc. 1; *see* Docket). Upon removal, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint. (Doc. 8). Plaintiff did not respond to that Motion and instead filed a Second Amended Complaint. (Doc. 10; *see* Docket). Defendant then filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 12). In her Response to that Motion, Plaintiff requested leave to file a third amended complaint. (*See* Doc. 16 at 11–15). Defendant then filed a Stipulation (Doc. 18) consenting to Plaintiff filing a third amended complaint without leave of court. (*See id.* at 2); Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading only with the opposing party's written consent or the court's leave"). Days later, Plaintiff filed a Third Amended Complaint (Doc. 19), to which Defendant filed an Answer. (Doc. 20).

"An amended complaint . . . moots '[a] motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded." *See Whitfield v.*

*Selene Fin. LP*, No. 5:24-CV-00153-TES, 2024 WL 4113534, at *1 (M.D. Ga. Sept. 6, 2024) (quoting *Wimberly v. Broome*, No. 6:15-cv-23, 2016 WL 3264346, at *1 (S.D. Ga. Mar. 29, 2016)). Accordingly, Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8) and Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 12) are **DENIED as moot**.[1]

**SO ORDERED**, this 14th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Accordingly, Defendant's Motions for Oral Argument (Docs. 9, 13) with respect to the abovementioned Motions are **DENIED**. *See Donaldson v. State Farm Fire & Cas. Co.*, No. 7:25-CV-144–WLS, 2026 WL 103878, at *6 (M.D. Ga. Jan. 14, 2026).